**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DANIEL DEAN BENTON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:07-cv-106-MHT** |
| | ) | |
| **CITY OF HEADLAND, ALABAMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT RULE 26(f) REPORT**

I.      Pursuant to Fed. R. Civ. P. 26(f), on April 30, 2007, the parties agreed on a discovery plan.

II.      Pre-Discovery Disclosures.  The parties will exchange by May 18, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

III.      Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

      A.      Discovery will be needed on the following subjects:

           1.      The facts and circumstances surrounding the events made the basis of this lawsuit;

           2.      Expert witness opinions; and

           3.      The damages claimed by the plaintiffs.

      B.      All discovery should be commenced in time to be completed by June 27, 2008.

      C.      A maximum of forty interrogatories should be allowed by each party to any other party.

      D.      A maximum of forty requests for production of documents and tangible things should be allowed by each party to any other party.

E.    A maximum of forty requests for admission should be allowed by each party to any other party.

F.    A maximum of ten depositions by plaintiff and ten by defendant should be allowed.

G.    Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

H.    Reports from retained experts under Rule 26(a)(2) should be due:

    1.    From the plaintiff by October 12, 2007; and

    2.    From the defendant by November 23, 2007.

I.    Supplementations under Rule 26(e) should be due March 18, 2007.

IV.    Other Items.

A.    The parties do not request a conference with the Court before entry of the scheduling order.

B.    The parties request a pretrial conference on June 9, 2008.

C.    The plaintiff should be allowed until August 10, 2007, to join additional parties and to amend the pleadings.

D.    The defendant should be allowed until August 24, 2007, to join additional parties and to amend the pleadings.

E.    All potentially dispositive motions should be filed by March 11, 2008.

F.    Settlement cannot be evaluated prior to March 11, 2008.

G.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiff by June 13, 2008.

H.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendant by June 13, 2008.

     I.        Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

     J.        The case should be ready for trial by July 14, 2008, and at this time, is expected to take approximately three days.

Dated: April 30, 2007.


/s/ **Charles N. Reese**
Charles N. Reese  (REE010)
Attorney for Plaintiffs

OF COUNSEL:

REESE & REESE
P.O. Box 250
Daleville, Alabama 36322-0250
Tel. (334) 598-6321
Fax (334) 598-4216
E-mail: c.neville@alabamalaw.net


/s/ **James H. Pike**
James H. Pike  (PIK003)
Attorney for Defendant
The City of Headland, Alabama

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us