IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **DANIEL DEAN BENTON and** | ) | |
| **DANIEL DEAN,** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.** |
|     v. | ) | **1:07cv106-MHT** |
| | ) | |
| **THE CITY OF HEADLAND,** | ) | |
| **ALABAMA,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**ORDER**

It is ORDERED that the scheduling order (Doc. No. 8) is amended to reflect that this case is set for the term of court beginning on July 21, 2008, with all deadlines expressly tied to that date adjusted accordingly.

DONE, this the 20th day of September, 2007.

                                   /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**