## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL DEAN BENTON, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )     Case No. 1:07-cv-106-MHT |
| | ) |
| **CITY OF HEADLAND, ALABAMA,** | ) |
| | ) |
|     **Defendant.** | ) |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW The City of Headland, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    **This party is a governmental entity.**

 

                                                 **s/ James H. Pike**
                                                James H. Pike (PIK003)
                                                Attorney for Defendant
                                                The City of Headland, Alabama

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on September 25, 2007, I electronically served a copy of this document upon:

Charles N. Reese
REESE & REESE ATTORNEYS
P.O. Drawer 250
Daleville, Alabama  36322

                                   **s/ James H. Pike**
                                   James H. Pike