IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL DEAN BENTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:07-cv-106-MHT |
| | ) |
| CITY OF HEADLAND, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ENTRY OF HIPAA ORDER**

Defendant the City of Headland, Alabama, moves for a HIPAA order regarding defendant Daniel Dean. In support of this motion, the City of Headland states as follows.

1. Daniel Dean was allegedly injured during the incident made the basis of this action.

2. His physical condition may be relevant to this action.

                               **s/ James H. Pike**
                               James H. Pike (PIK003)
                               Attorney for Defendant
                               The City of Headland, Alabama

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

2

**CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on November 9, 2007, I electronically served a copy of this document upon:

Charles N. Reese
REESE & REESE ATTORNEYS
P.O. Drawer 250
Daleville, Alabama  36322

**s/ James H. Pike**
James H. Pike

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL DEAN BENTON, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-106-MHT |
| ) | |
| **CITY OF HEADLAND, ALABAMA,** ) | |
| ) | |
| Defendant. ) | |

### HIPAA PROTECTIVE ORDER

Counsel for all parties are hereby granted the right, upon compliance with the applicable provisions of the Federal Rules of Civil Procedure, to obtain from all health care providers and health plans all information relating to the past, present, or future physical condition of Daniel Dean (date of birth XX-XX-1953, Social Security number XXX-XX-4488) of Headland, Alabama, as well as information relating to the provision of health care to such individual and payment for the provision of such health care. This Protective Order is intended to help the parties, and third parties who receive subpoenas from the parties, to comply with the requirements of the Federal HIPAA Privacy Rules, 45 C.F.R. § 164.512(e), as a "Qualified Protective Order" under that regulation. This Protective Order expressly authorizes disclosure of "Protected Health Information", as defined in the Privacy Rules, by the parties and third parties to counsel for the parties, subject to timely objection under the notice provisions Federal Rules of Civil Procedure. The parties and counsel for the parties may use and disclose such information for the purpose of this

3

proceeding only and are to return or destroy such information (including all copies made) at the end of this proceeding.

    This the _____ day of _____, 2007.


_____
Judge