**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DANIEL DEAN BENTON, et al.** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | **Case No. 1:07-cv-106-MHT** |
| **v.** ) | |
| ) | |
| **CITY OF HEADLAND** ) | |
| **Defendant** | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW Daniel Dean Benton and Daniel Dean, the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    These parties are individuals, or

           This party is a governmental entity, or

           There are no entities to be reported, or

           The following entities and their relationship to the party are hereby reported:

Reportable Entity Relationship to Party        NONE (Neither Plaintiff)
                                                                        12-7-2007

                                            S/Charles N. Reese
                                            Charles N. Reese
                                            Counsel for Daniel Dean and
                                            Daniel Dean Benton,
                                            P. O. Drawer 250
                                            Daleville, Alabama
                                            36322
                                            334-598-6321
                                            cneville@alabamalaw.net

Certificate of Service

I hereby certify that the foregoing was served upon James H. Pike, Attorney for the Defendant, Shealy, Crum, & Pike, P.C. P.O. Box 6346 Dothan, Alabama 36302-6346, this 7th day of December 2007.

S/Charles N. Reese