IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL DEAN BENTON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv106-MHT |
| | ) |
| CITY OF HEADLAND, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now pending before the court is the December 5, 2007, motion to compel (doc. # 14) filed by the defendant. Upon consideration of the motion, it is

ORDERED that, on or before December 20, 2007, the plaintiffs shall show cause why the motion should not be granted.

Done this 12th day of December, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE