IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DANIEL DEAN BENTON, et al., | * |
|     Plaintiffs, | * |
| vs. | *   Case No. 1:07-CV-106-mht |
| CITY OF HEADLAND, | * |
|     Defendants. | * |

Response to Motion to Show Cause

    1.    The discovery made the subject of this action has been mailed to counsel for the defendant.

    2.    The motion to compel is moot since the discovery has been fully responded to.

    Wherefore the motion to compel should be denied as moot.

> S/Charles N. Reese
> Counsel for Daniel Dean and
> Daniel Dean Benton,
> P. O. Drawer 250
> Daleville, Alabama
> 36322
> 334-598-6321
> cneville@alabamalaw.net

Certificate of Service

    I hereby certify that the foregoing was served upon James H. Pike, Attorney for the Defendant, Shealy, Crum, & Pike, P.C. P.O. Box 6346 Dothan, Alabama 36302-6346, this 17th day of December 2007 utilizing the electronic filing system.

> S/Charles N. Reese