IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANIEL DEAN BENTON, *et al*,           )
                                        )
        Plaintiffs,                     )
                                        )
v.                                      )    CIVIL ACTION NO.  1:07cv106-MHT
                                        )
CITY OF HEADLAND, ALABAMA,              )
                                        )
        Defendant.                      )

**ORDER**

Now pending before the court is the December 5, 2007, motion to compel (doc. # 14)

filed by the defendant.  On December 17, 2007, the plaintiffs filed a response in which they

informed the court that the requested discovery has now been provided.  (Doc. # 19).

Accordingly, upon consideration of the motion, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 2nd day of January, 2008.


                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE