IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

DANIEL DEAN BENTON and   )
DANIEL DEAN,             )
                         )
    Plaintiffs,          )
                         )        CIVIL ACTION NO.
    v.                   )         1:07cv106-MHT
                         )
THE CITY OF HEADLAND,    )
ALABAMA,                 )
                         )
    Defendant.           )

**ORDER**

It is ORDERED as follows:

(1) The motion to continue deadlines (Doc. No. 21) is granted to the extent that the dispositive-motion deadline is extended to April 4, 2008.

(2) The motion to reset trial date (Doc. No. 21) is denied.

DONE, this the 16th day of January, 2008.

           /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**